**Dismissal and Opinion Filed this July 1, 2013**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00849-CV

**SYLIA SHENA SHAW, Appellant**
**V.**
**COLUMBIA MEDICAL CENTER OF PLANO SUBSIDIARY, L.P. ET AL, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04752-2011**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

The Clerk's record in this case is overdue. By letter dated August 1, 2012, we informed appellant that we had been notified by the Collin County District Clerk that the clerk's record in this case had been prepared but had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide the Court with written verification that she had either paid for or made arrangements to pay for the clerk's record within ten days. We cautioned appellant that if we did not receive the required verification, we might dismiss the appeal without further notice. Thereafter, on August 17, 2012, we denied appellant's motion to stay the appeal, and on our own motion, granted an extension of time in which to file the clerk's record. We ordered appellant to make arrangements to pay for the clerk's record and ordered the clerk's record due thirty days after payment was made. To

date, we have not received the clerk's record, verification of payment arrangements, or any correspondence concerning the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

120849F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SYLIA SHENA SHAW, Appellant

No. 05-12-00849-CV      V.

COLUMBIA MEDICAL CENTER OF
PLANO SUBSIDIARY, L.P. ET AL,
Appellees

On Appeal from the 429th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 429-04752-2011.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees COLUMBIA MEDICAL CENTER OF PLANO SUBSIDIARY, L.P., DBA MEDICAL CENTER OF PLANO, AND NENA PIGA, M.D. recover their costs of this appeal from appellant SYLIA SHENA SHAW.

Judgment entered July 1, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–3–